UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN EDWARD HUNT,

          Plaintiff,          No. 06-CV-13568-DT

vs.          Hon. Gerald E. Rosen

COUNTY OF LIVINGSTON, et al.,

          Defendants.
_____/

ORDER GRANTING DEFENDANTS'
MOTION TO COMPEL DISCOVERY

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     November 29, 2006

    PRESENT:  Honorable Gerald E. Rosen
                     United States District Judge

    The Court having reviewed and considered the November 7, 2006 Motion of the Defendants to compel Plaintiff to provide his responses to Defendants' Interrogatories and Request for Production of Documents Requests which were served upon Plaintiff on September 27, 2006; and the Court being otherwise fully advised in the premises,

    NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion to Compel be, and hereby is, GRANTED.  Accordingly,

    IT IS FURTHER ORDERED that, within 10 days of the date of this Order, Plaintiff shall provide Defendants with his Answers to the Defendant's Interrogatories and Request for Production of Documents.

                                              s/Gerald E. Rosen
                                              Gerald E. Rosen
                                              United States District Judge

Dated:  November 29, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 29, 2006, by electronic and/or ordinary mail.

                                                   s/LaShawn R. Saulsberry
                                                   Case Manager